

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-19-00112-CV

**THE KATZ PARTNERSHIP**,
Appellant

v.

**HP CAPITAL PARTNERS, L.L.C.**,
Appellee

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-CI-15149
Honorable Karen H. Pozza, Judge Presiding

BEFORE JUSTICE CHAPA, JUSTICE RIOS, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, this appeal is DISMISSED. We ORDER the costs of the appeal assessed against appellant, the Katz Partnership.

SIGNED August 7, 2019.

_____
Luz Elena D. Chapa, Justice